## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DAVID HOLLINS KILZER,**

       **Plaintiff,**

**v.**                          **CASE NO. 5:10-cv-321-RS-EMT**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social Security**
**Administration.**

       **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18).

No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is

        approved and incorporated in this Order.

    2.    The decision of the Commissioner is **AFFIRMED**, and the

        case is **DISMISSED**.

    3.    The clerk is directed to close the file.

**ORDERED** on February 23, 2012.

                  /S/ Richard Smoak
                  **RICHARD SMOAK**
                  **UNITED STATES DISTRICT JUDGE**